**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **GLENN CAPMAN,** | : | |
| **Plaintiff** | : | **CIVIL ACTION NO. 3:21-362** |
| **v.** | : | **(JUDGE MANNION)** |
| **LACKAWANNA COUNTY***, et al.,* | : | |
| **Defendants** | : | |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

(1) The defendants' motion to dismiss the plaintiff's complaint, or in the alternative, motion to enforce settlement agreement and general release **(Doc. 9)** is **GRANTED**.

(2) The plaintiff's complaint **(Doc. 1)** is **DISMISSED WITH PREJUDICE**.

(3) The Clerk of Court is directed to **CLOSE THIS CASE**.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: March 24, 2022**
21-362-01